THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING 
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Jerry Raysor, Appellant,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-617   
Submitted December 1, 2004  Filed December 9, 2004 

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Assistant Attorney General J. Hagood Hamilton, Jr., all of Columbia; and Solicitor 
 Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Jerry Raysor appeals the dismissal of his petition for 
 writ of habeas corpus.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), counsel for Raysor attached to the final brief a petition to be relieved 
 as counsel, stating he had reviewed the record and concluded Raysors appeal 
 is without legal merit sufficient to warrant a new trial.  Raysor did not file 
 a separate pro se response.
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.